UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES F. HOPKINS, JR.,<br><br>              Plaintiff,<br><br>v.<br><br>KETTLE FALLS INTERNATIONAL RAILWAY, LLC, a Colorado corporation,<br><br>              Defendant. | NO:  CV-08-348-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE the Court is the parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 113.  Having reviewed said motion and the file and pleadings therein, the Court finds good cause to grant the motion.  Accordingly,

**IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Dismissal with Prejudice, **ECF No. 113,** is **GRANTED**.  Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** this file.

**DATED** this 25th day of July, 2011.

                     *s/ Rosanna Malouf Peterson*
                    ROSANNA MALOUF PETERSON
                 Chief United States District Court Judge